UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RENE ACOSTA-TAPIA,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General,<br><br>Respondent. | No. 25-2460<br><br>Agency No.<br>A097-782-644<br><br>ORDER |

Before: HAWKINS, RAWLINSON, and BRESS, Circuit Judges.

Petitioner's Petition for Panel Rehearing, filed February 25, 2026, is DENIED.